Argued and submitted October 9, affirmed November 4, 1992

In the Matter of
Matthew Noggle, a Male Child.

STATE ex rel JUVENILE DEPARTMENT
OF COOS COUNTY,
*Respondent,*

*v.*

Matthew NOGGLE,
*Appellant.*

(J4210; CA A72416)

839 P2d 287

John I. Mehringer, Bandon, argued the cause and filed the brief for appellant.

Michael C. Livingston, Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Charles S. Crookham, Attorney General, and Virginia L. Linder, Solicitor General, Salem.

Before Richardson, Presiding Judge, and Deits and Durham, Judges.

PER CURIAM

Affirmed. *State v. Turner*, 253 Or 235, 453 P2d 910 (1969).